UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2014
DECEMBER 9, 2014 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14-260
    ──────────────────
    21 U.S.C. § 843(a)(3)

BETTY JO TUDOR

# I N D I C T M E N T

The Grand Jury Charges:

On or about June 22, 2013, at or near Dunbar, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant BETTY JO TUDOR, knowingly and intentionally acquired and obtained oxycodone, a Schedule II controlled substance, and hydrocodone, a Schedule III controlled substance, by misrepresentation, fraud, forgery, and deception.

In violation of Title 21, United States Code, Section 843(a)(3).

R. BOOTH GOODWIN II
United States Attorney

By: *Jennifer Rada Herrald*
JENNIFER RADA HERRALD
Assistant United States Attorney